

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00188-CV

| | | |
|---|---|---|
| Diep Tuyet Vo and Van Ba Nguyen | § | From the 141st District Court |
| | § | of Tarrant County (141-265887-13) |
| v. | § | May 12, 2016 |
| Karen Vu | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Diep Tuyet Vo and Van Ba Nguyen shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel